United States Courts
Southern District of Texas
FILED

SEP 2 8 2006

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

EQUAL EMPLOYMENT               §
OPPORTUNITY COMMISSION         §
          Plaintiff,           §
                               §      **H-06-3043**
    v.                         §      CIVIL ACTION NO. _____
                               §
                               §      JURY TRIAL DEMANDED
MUNDY SUPPORT SERVICES, LLC    §
          Defendant.           §

## ORIGINAL COMPLAINT

### I.
### NATURE OF THE ACTION

1.     This is an action under the Age Discrimination in Employment Act brought
by the Equal Employment Opportunity Commission ("the Commission") to correct unlawful
and discriminatory employment practices on the basis of age and to provide appropriate
relief to Emil Hanzel.   The Commission alleges that in February 2005, Emil Hanzel
("Hanzel") was discharged from his position as a working scaffold foreman because of his
age.

### II.
### JURISDICTION AND VENUE

2.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331,
1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 7(b) of
the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the
"ADEA"), which incorporates by reference §§16 (c) and 17 of the Fair Labor Standards Act
of 1938 (the "FLSA"), as amended, 29 U.S.C. §§216(c) and 17.

3.     The employment practices alleged to be unlawful were committed within the
jurisdiction of the United States District Court for the Southern District of Texas, Houston
Division.

III.
## PARTIES

4.     Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

5.     At all relevant times, Defendant, Mundy Support Services, LLC, ("Mundy"), has continuously been doing business in the State of Texas and the City of Houston, and has continuously had at least 20 employees.  Defendant Mundy may be served with process by serving its registered agent in Texas, A. Benjamin Ramsey, 2200 Post Oak Blvd., Suite 420, Houston, Texas 77056.

6.     At all relevant times, Defendant Mundy has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

IV.
## CONCILIATION

7.     Prior to institution of this lawsuit, the Commission's representatives attempted in good faith to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

V.
## STATEMENT OF CLAIMS

8.     Hanzel has worked periodically for Respondent over the course of twenty-

-2-

five years.  In late 2005, he was rehired by Mundy to work at the Houston, Texas plant of one of Mundy's clients, as a working scaffold foreman.   Several weeks later, without warning, he was advised that he was being laid off because the work was slowing down. At the time of his discharge, Hanzel was given a termination notice  which listed the reason for his discharge as a reduction in force.  In the foreman's remarks section of the termination notice, it stated "Good employee will do anything."

9.      Hanzel's termination was not part of a reduction in force. In fact,  he was immediately replaced by a newly hired male who was significantly younger than Hanzel. Mr. Hanzel's replacement was less than forty years old, and, thus was, in fact, outside the protected age group.

10.     Hanzel was discharged because of his age, over 40, in violation of §4(a)(1) of the ADEA, 29 U.S.C. §623 (a)(1).

11.     The effect of the practices complained of above have been to deprive Hanzel of equal employment opportunities and otherwise adversely affect his status as an employee, because of his age.

12.     The unlawful employment practices complained of above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. §626(b).

<u>PRAYER FOR RELIEF</u>

13.     Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant Mundy Support Services, LLC, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of age against individuals 40 years of age and older.

-3-

B.    Order Defendant Mundy to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C.    Grant a judgment requiring Defendant to pay appropriate back wages in an amount to be determined at trial, and an equal sum as liquidated damages, and prejudgment interest to Hanzel.

D.    Order Defendant Mundy to make Hanzel whole by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to reinstatement or, in lieu of reinstatement, front pay.

F.    Grant such further relief as the Court deems necessary and proper in the public interest.

G.    Award the Commission its costs of this action.

-4-

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

RONALD S. COOPER
GENERAL COUNSEL
1801 L. Street, N.W.
Washington, D.C.  20507

By: _____

Kathy D. Boutchee
Attorney-In-Charge
Houston District Office
TBN:02717500
SDN:10145
1919 Smith Street, 7th Floor
Houston, Texas 77002
(713) 209-3399
Fax: (713) 209-3402

ATTORNEYS FOR PLAINTIFF

OF COUNSEL

Jim Sacher
Regional Attorney

Rose Adewale-Mendes
Supervisory Trial Attorney

Houston District Office
1919 Smith, 7th Floor
Houston, Texas 77002